```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
KHALDIA DJERIOU, KUBRA POLAT,
EUGENE YANOVSKIY, and
KATELYN MARIE BOOS, individually
and in behalf of all other persons
similarly situated,                                    MEMORANDUM AND ORDER
                                                       Case No. 16-CV-5437 (FB) (RER)
                    Plaintiffs,

        -against-

RICHMOND DINER RESTAURANT
INC., MOSTEPHA ALY, and SAFWAT
ALY,

                    Defendants.
-----------------------------------------------x
```

**BLOCK, Senior District Judge:**

On November 20, 2018, Magistrate Judge Reyes issued a Report and Recommendation ("R&R") recommending that the settlement in this action be approved. That recommendation followed a review of the settlement agreement in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The R&R advised that objections were due by December 11, 2018. The R&R was served electronically on all parties. To date, no objections have been filed.

When no party has objected to a Magistrate Judge's report and recommendation, the Court may adopt it without *de novo* review. *See Thomas v.*

*Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). The Court may excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R. Accordingly, the Court adopts the R&R. The settlement is approved, and the Clerk is directed to close the case.

**SO ORDERED**.

/S/ Frederic  Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
January 22, 2019